

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

SHANEN REYLING

CASE NO. 3:14-cr-52-J-32PDB
Ct. 1:       18 U.S.C. § 1591
Ct. 2:       18 U.S.C. § 1952(a)
Ct. 3:       18 U.S.C. § 1001
Forfeiture:  18 U.S.C. § 1594
             18 U.S.C. § 981(a)(1)(C)
             28 U.S.C. § 2461(c)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about September 7, 2012, through on or about September 23, 2012, at Jacksonville, in the Middle District of Florida, and elsewhere, the defendant,

SHANEN REYLING,

in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is a female whose initials are J.E., while knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591.

## COUNT TWO

Between on or about September 7, 2012, through on or about September 23, 2012, at Jacksonville, in the Middle District of Florida, and elsewhere, the defendant,

SHANEN REYLING,

used a facility in interstate commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving prostitution in violation of sections 796.05 and 796.07, Florida Statutes, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

## COUNT THREE

On or about April 11, 2013, at Jacksonville, in the Middle District of Florida,

SHANEN REYLING,

the defendant herein, did knowingly and willfully make false, fictitious and fraudulent material statements and representations in a matter, that is an investigation of an offense under Title 18, United States Code, Section 1591, within the jurisdiction of the Federal Bureau of Investigation, an agency of the

2

United States, by stating to a special agent of the Federal Bureau of Investigation that a person whose initials are J.E. had no GPS capability on the person's cell phone, that he had no knowledge about code words "kill" and "interrogate," and that he was unaware that the person whose initials are J.E. had engaged in prostitution when, in truth and fact, he knew those statements were false.

In violation of Title 18, United States Code, Section 1001.

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594 and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of a violation of Title 18, United States Code, Section 1591, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594, (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3.  Upon conviction of a violation of Title 18, United States Code, Section 1952, the defendant shall forfeit to the United States of America, pursuant

to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be

divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Mac D. Heavener, III
Assistant United States Attorney

By: _____
Julie Hackenberry
Assistant United States Attorney
Chief, Jacksonville Division

5

FORM OBD-34
APR 1991

No. 2013-02

## UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SHANEN REYLING

### INDICTMENT

Violations:

Ct. 1: 18 U.S.C § 1591
Ct. 2: 18 U.S.C § 1952(a)
Ct. 3: 18 U.S.C. § 1001

A true bill,

_____
Foreperson

Filed in open court this 27th day of March 2014.

_____
Clerk

Bail   $_____